# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

154502

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

MATTHEW MAKOWSKI,
      Plaintiff-Appellant,

v

GOVERNOR and SECRETARY OF STATE,
      Defendants-Appellees.

SC: 154502
COA: 327396
Ct of Claims: 14-000260-MP

_____/

On order of the Court, the application for leave to appeal the October 4, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MCCORMACK, J., did not participate because of her prior involvement in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk

t0503p